FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) (INNB 03/13)     Case Number **13–21960–jpk**

# UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/31/13. You may be a creditor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Debtor(s):<br>**Theresa J. Thomas**<br>506 River Drive<br>Porter, IN 46304 | Case Number: **13–21960–jpk**<br><br>Social–Security or Individual Taxpayer–ID (ITIN) No(s):<br>xxx–xx–3193 |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names): | Bankruptcy Trustee assigned by U.S. Trustee:<br>Kenneth A. Manning<br>Kenneth A. Manning, Ch. 7 Trustee<br>200 Monticello Drive<br>Dyer, IN 46311<br>Telephone number: (219) 865–8376 |
| Attorney for Debtor(s):<br>George Livarchik<br>Livarchik & Farahmand<br>424 Broadway Street<br>Chesterton, IN 46304<br>Telephone number: (219)926–2123 | |

### Meeting of Creditors

Date: **July 9, 2013**      Location: 1st Floor, Suite 1700, Corner of Hohman Ave & Douglas St, Hammond, IN 46320

Time: **09:30 AM**

*The Debtor(s) must attend the meeting to be questioned under oath.* **Professional dress, photo ID and proof of SSN are required.**
*Creditors are welcome to attend.*
Debtor(s) needing a no cost telephone translation service should contact the trustee for more information.

### Presumption of Abuse under 11 U.S.C. § 707(b)
The presumption of abuse does not arise.

### Deadlines
Filings must be *received* by the bankruptcy clerk's office by the following deadlines:

**Objection to Debtor's Discharge or Challenge to Dischargeability of Certain Debts: 9/9/13**
**Objection to Exemptions: Thirty (30) days after the conclusion of the meeting of creditors.**

Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>5400 Federal Plaza<br>Suite 2200<br>Hammond, IN 46320<br><br>Telephone number: 219–852–3480<br>Hours: Monday – Friday 9:00 AM – 4:00 PM | **For the Court:**<br><br>Christopher M. DeToro<br>Clerk of the Bankruptcy Court<br>Date: 6/3/13 |
|---|---|

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights.